UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. **6:08-MJ-208 YNP**
Citations 1855904; 1855905

U.S.A.
v.

**NESTOR MARTINEZ**

**\*\*AMENDED\*\* ORDER TO PAY**

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ __430.00__     (✓) Penalty ASSESSMENT of $ __20.00__

( ) PROCESSING Fee of $ _____     for a **TOTAL AMOUNT** of $ __450.00__,

paid within _____ days / months  OR payments of $ __50.00__ per month, commencing __11/7/2008__ and due on the __7th__ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised probation for 9 months with terms and conditions to obey all laws. Bail posted in this matter shall be exonerated and returned to surety.

---

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

☑ CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

☐ CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __11/23/2009__      _____
for U.S. MAGISTRATE JUDGE

EOCA - Rev 4/2007